JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ARMSTRONG, an individual; CAROLYN ARMSTRONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al.<br><br>Defendants. | Case No. 2:14-cv-01039-WGY (AJWx)<br>Honorable William G. Young<br><br>[~~PROPOSED~~] JUDGMENT |

Having read and considered all papers filed in support of and in opposition to the motion for summary judgment of defendant Rockwell Automation, Inc., all admissible evidence filed in support of and in opposition to the motion, and argument of counsel, and a decision having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Rockwell Automation, Inc. shall have judgment in its favor against plaintiffs Larry Armstrong and Carolyn Armstrong, ("plaintiffs") on all claims.

010802\007777\1070572

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs' claims against Rockwell Automation, Inc. is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs take nothing as to Rockwell Automation, Inc. shall have its costs of suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there is no just reason for delay in entry of this final judgment against plaintiffs and in favor of Rockwell Automation, Inc. Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure, the Court directs the Clerk of the Court enter this separate judgment in favor of Rockwell Automation, Inc. and against plaintiffs herein pursuant to Federal Rule of Civil Procedure 54 notwithstanding whether this action remains pending against other defendants.

DATED: June 8, 2015

_William G. Young_
Honorable William G. Young
United States District Court Judge